**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7746

LEARIE A. DALY,

Plaintiff - Appellant,

versus

CARROLL COUNTY SHERIFF'S DEPARTMENT, SHERIFF'S
OFFICE; GEORGE HARDINGER, Lieutenant Colonel;
EARL STEVEN TURVIN, Major,

Defendants - Appellees,

and

CARROLL COUNTY DETENTION CENTER; JOE
HERNANDEZ, Deputy First Class,

Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-
1660-AMD)

Submitted: May 24, 2004          Decided: August 11, 2004

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Learie A. Daly, Appellant Pro Se.  John Francis Breads, Jr., LOCAL
GOVERNMENT INSURANCE TRUST, Columbia, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Learie A. Daly appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Daly v. Carroll County Sheriff's Dep't</u>, No. CA-03-1660-AMD (D. Md. Oct. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>